IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Levita Simmons, Administrator of the Estate of Arthur Scott, and Jeffrey Orvis, Administrator of the Estate of James Orvis,<br><br>        Plaintiff,<br><br>vs.<br><br>Tyson Foods, Inc., doing business as Tyson Pet Products, and Tyson Fresh Meats Group, a wholly owned subsidiary of Tyson Foods, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, Hamdija Beganovic, Ramiz Mujelic, and Unknown Plant Managers and Supervisors at Tyson Waterloo Plant and Unknown Plant Managers and Supervisors at Tyson Independence Plant,<br><br>        Defendants. | CASE NO. _____<br><br>**LR 81 STATEMENT** |

In connection with their Joint Notice of Removal and pursuant to Local Rule 81(a), Defendants provide the following certifications:

 (1) Copies of all process, pleadings, and orders filed in the state court action are attached to the Joint Notice of Removal as Exhibit A.

 (2) There are no pending motions in the state court action.

 (3) A complete list of all counsel and law firms that have appeared in the state action being removed, including each attorney's office address, telephone

number, facsimile number, e-mail address, and the names of the parties they represent follows:

(a) Elizabeth Araguas
**NIDEY ERDAHL MEIER & ARAGUÁS, PLC**
425 2nd Street SE, Suite 1000
Cedar Rapids, IA 52401
Telephone: (319) 369-0000
Facsimile: (319) 369-6972
Email: earaguas@eiowalaw.com

Jon Loevy
Gayle Horn
Roshna Bala Keen
Mark Loevy-Reyes
Katie Roche
**LOEVY & LOEVY**
311 N. Aberdeen
Chicago, Illinois 60607
Telephone: (773) 558-5898
Facsimile: (312) 243-5902
Email: jon@loevy.com
gayle@loevy.com
roshna@loevy.com
mark@loevy.com
katie@loevy.com

*Counsel for Plaintiffs*

(b) Kevin J. Driscoll (AT0002245)
Andrew T. Patton (AT0011703)
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
thackmann@finleylaw.com

Christopher S. Coleman
(*pro hac vice* forthcoming)
Jessica L. Everett-Garcia

(*pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602-351-8000
Facsimile: 602-648-7000
Email: CColeman@perkinscoie.com
JEverettGarcia@perkinscoie.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Fresh Meats Group, John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, and Ramiz Mujelic*

(c) Nicholas Klinefeldt
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: 515-447-4717
Facsimile: 515-248-9010
Email: nick.klinefeldt@faegredrinker.com
*Counsel for Tom Hart, Cody Brustkern, John Casey, Bret Tapken, and Hamdija Beganovic*

Respectfully submitted,

/s/ Kevin J. Driscoll
Kevin J. Driscoll    AT0002245
Andrew T. Patton    AT0011703
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
apattone@finleylaw.com

Christopher S. Coleman
(*pro hac vice* forthcoming)
Jessica L. Everett-Garcia
(*pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000

- 3 -

152758809.1
Case 6:21-cv-02036-LRR-KEM   Document 1-2   Filed 06/21/21   Page 3 of 5

Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602-648.7000
Email: CColeman@perkinscoie.com
JEverettGarcia@perkinscoie.com

**ATTORNEYS FOR TYSON FOODS, INC., TYSON FRESH MEATS GROUP, JOHN H. TYSON, NOEL W. WHITE, DEAN BANKS, STEVEN R. STOUFFER, TOM BROWER, MARY A. OLEKSINK, ELIZABETH CROSTON, SCOTT WALSTON, DAVID SCOTT, AND RAMIZ MUJELIC**

*/s/ Nicholas Klinefeldt*
Nicholas Klinefeldt
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: 515.447.4717
Facsimile: 515.248.9010
Email: nick.klinefeldt@faegredrinker.com

**ATTORNEYS FOR TOM HART, CODY BRUSTKERN, JOHN CASEY, BRET TAPKEN, AND HAMDIJA BEGANOVIC**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I have mailed by United States Postal Service and have emailed the documents to the following:

> Elizabeth Araguas
> **NIDEY ERDAHL MEIER & ARAGUÁS, PLC**
> 425 2nd Street SE, Suite 1000
> Cedar Rapids, IA 52401
> earaguas@eiowalaw.com
>
> Jon Loevy
> Gayle Horn
> Roshna Bala Keen
> Mark Loevy-Reyes
> Katie Roche
> **LOEVY & LOEVY**
> 311 N. Aberdeen
> Chicago, Illinois 60607
> jon@loevy.com
> gayle@loevy.com
> roshna@loevy.com
> mark@loevy.com
> katie@loevy.com
>
> *Attorney for the Plaintiffs*

            */s/ Andrew T. Patton*