IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Levita Simmons, Administrator of the Estate of Arthur Scott, and Jeffrey Orvis, Administrator of the Estate of James Orvis,<br><br>Plaintiffs,<br><br>vs.<br><br>Tyson Foods, Inc., doing business as Tyson Pet Products, and Tyson Fresh Meats Group, a wholly owned subsidiary of Tyson Foods, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, Hamdija Beganovic, Ramiz Mujelic, and Unknown Plant Managers and Supervisors at Tyson Waterloo Plant and Unknown Plant Managers and Supervisors at Tyson Independence Plant,<br><br>Defendants. | CASE NO. 6:21-cv-02036 |

## TYSON FOODS, INC. and TYSON FRESH MEATS GROUP'S MOTION TO DISMISS

**(Oral Argument Requested)**

Tyson Foods, Inc. and Tyson Fresh Meats Group ("Tyson") respectfully move to dismiss the complaint under Rule 12(b)(6) because the claim against Tyson is barred by the Iowa Workers' Compensation Act.

In addition, the complaint fails to plausibly allege that Tyson caused the alleged injury, and even if the allegations were otherwise sufficient, the alleged cause of

action would be barred by the Iowa "COVID-19 Response and Back-to-Business Limited Liability Act" and preempted by federal law. This Motion is supported by the attached Brief in Support of Motion to Dismiss pursuant to Local Rule 7.

WHEREFORE, Tyson Foods, Inc. and Tyson Fresh Meats Group respectfully request this Court dismiss Plaintiffs' complaint and for such further relied as the Court deems just and necessary.

Dated: June 28, 2021

Respectfully submitted,

/s/ Kevin J. Driscoll
Kevin J. Driscoll  AT0002245
Andrew T. Patton  AT0011703
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
apatton@finleylaw.com

Christopher S. Coleman
(*pro hac vice* forthcoming)
Jessica L. Everett-Garcia
(*pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602-648.7000
Email: CColeman@perkinscoie.com
JEverettGarcia@perkinscoie.com

**ATTORNEYS FOR TYSON FOODS, INC., TYSON FRESH MEATS GROUP, JOHN H. TYSON, NOEL W. WHITE, DEAN BANKS, STEVEN R. STOUFFER, TOM BROWER, MARY A. OLEKSINK, ELIZABETH**

**CROSTON, SCOTT WALSTON, DAVID SCOTT, AND RAMIZ MUJELIC**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

Elizabeth Araguas
**NIDEY ERDAHL MEIER & ARAGUÁS, PLC**
425 2nd Street SE, Suite 1000
Cedar Rapids, Iowa 52401
earaguas@eiowalaw.com

Jon Loevy
Gayle Horn
Roshna Bala Keen
Mark Loevy-Reyes
Katie Roche
**LOEVY & LOEVY**
311 N. Aberdeen
Chicago, Illinois 60607
jon@loevy.com
gayle@loevy.com
roshna@loevy.com
mark@loevy.com
katie@loevy.com

*Attorneys for the Plaintiffs*

Nicholas Klinefeldt
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
nick.klinefeldt@faegredrinker.com

*Attorneys for Defendants Tom Hzart, Cody Brustkern, John Casey, Bret Tapken, and Hamdija Beganovic*

/s/ Kevin J. Driscoll