IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Levita Simmons, Administrator of the Estate of Arthur Scott, and Jeffrey Orvis, Administrator of the Estate of James Orvis, <br><br> Plaintiffs, <br><br> vs. <br><br> Tyson Foods, Inc., doing business as Tyson Pet Products, and Tyson Fresh Meats Group, a wholly owned subsidiary of Tyson Foods, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, Hamdija Beganovic, Ramiz Mujelic, and Unknown Plant Managers and Supervisors at Tyson Waterloo Plant and Unknown Plant Managers and Supervisors at Tyson Independence Plant, <br><br> Defendants. | CASE NO. 6:21-cv-02036 |

**INDIVIDUAL DEFENDANTS TOM HART, CODY BRUSTKERN, JOHN CASEY, BRET TAPKEN, AND HAMDIJA BEGANOVIC'S MOTION TO DISMISS**

Defendants Tom Hart, Cody Brustkern, John Casey, Bret Tapken, and Hamdija Beganovic (herein, "Defendants") join the Motion to Dismiss Individual Defendants filed today in this case by individually named defendants John H. Tyson et al. In support thereof, Defendants join in full and hereby incorporate by reference the contemporaneously filed Brief in Support of Motion to Dismiss Individual Defendants. Defendants request the Court deem Defendants' reference to and incorporation of the Brief in Support to satisfy all requirements of Local 7(b) for purposes of Defendants' Motion.

WHEREFORE, Defendants respectfully request this Court dismiss Plaintiffs' Complaint and for such further relief as the Court deems just and necessary.

Dated: June 28, 2021

Respectfully submitted,

*/s/ Nicholas A. Klinefeldt*
Nicholas A. Klinefeldt
nick.klinefeldt@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309-8003
T: (515) 248-9000
F: (515) 248-9010

ATTORNEY FOR DEFENDANTS
TOM HART, CODY BRUSTKERN,
JOHN CASEY, BRET TAPKEN &
HAMDIJA BEGANOVIC

## CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system.

                                             /s/ *Paulette Ohnemus*