# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| Levita Simmons, Administrator of the Estate of Arthur Scott, and Jeffrey Orvis, Administrator of the Estate of James Orvis,<br><br>Plaintiffs,<br><br>vs.<br><br>Tyson Foods, Inc., doing business as Tyson Pet Products, and Tyson Fresh Meats Group, a wholly owned subsidiary of Tyson Foods, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, Hamdija Beganovic, Ramiz Mujelic, and Unknown Plant Managers and Supervisors at Tyson Waterloo Plant and Unknown Plant Managers and Supervisors at Tyson Independence Plant,<br><br>Defendants. | Case No. 6:21-cv-02036<br><br>**APPEARANCE OF DAVID YOSHIMURA** |

David Yoshimura of the law firm of Faegre Drinker Biddle & Reath, LLP, hereby respectfully enters his Appearance as counsel in this matter for and on behalf of Defendants Tom Hart, Cody Brustkern, John Casey, Bret Tapken and Hamdija Beganovic in the above-captioned cause of action.

DATE: June 28, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ David Yoshimura*
Nicholas Klinefeldt
nick.klinefeldt@faegredrinker.com
David Yoshimura
david.yoshimura@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309-8003
T: (515) 248-9000
F: (515) 248-9010

ATTORNEY FOR DEFENDANTS
TOM HART, CODY BRUSTKERN,
JOHN CASEY, BRET TAPKEN &
HAMDIJA BEGANOVIC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2021, I electronically filed the Appearance of David Yoshimura through the CM/ECF electronic filing system which will send a notice of electronic filing to all counsel of record.

/s/ Paulette Ohnemus_____

US.133576580.01