

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Roshna Bala Keen
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

**<u>Via Electronic Mail</u>**

Chicago
Thursday, June 24, 2021

In re:   Roshna Bala Keen
Admitted: 01/04/2005
Attorney No. 6284469

To Whom It May Concern:

      The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By**:** **/s/ Darryl R. Evans**
      Darryl R. Evans
      Senior Deputy Registrar

DRE