IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| Levita Simmons, et al. | |
|---|---|
| Plaintiff(s), | CASE NO. 6:21-cv-02036-LRR-KEM |
| vs. | MOTION TO APPEAR PRO HAC VICE |
| Tyson Foods, Inc., et al. | |
| Defendant(s). | |

Mark Loevy-Reyes, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiffs, Levita Simmons and Jeffrey Orvis. Mr. Reyes states that He is a member in good standing of the bar of the State of Illinois, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Mr. Reyes further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Elizabeth Araguas , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

s/<u>Mark Loevy-Reyes</u>