**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Levita Simmons, Administrator of the Estate of Arthur Scott, and Jeffrey Orvis, Executor of the Estate of James Orvis | ) ) ) ) | Case No. 21 CV 2036 |
| | ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | |
| | ) | |
| Tyson Foods, Inc., doing business as Tyson Pet Products, and Tyson Fresh Meats Group, a wholly owned subsidiary of Tyson Foods, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, Hamdija Beganovic, Ramiz Mujelic, and Unknown Plant Managers and Supervisors at Tyson Waterloo Plant and Unknown Plant Managers and Supervisors at Tyson Independence Plant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESIST DEFENDANTS' MOTIONS TO DISMISS** |
| *Defendants.* | ) | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME**
**TO RESIST DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs, by and through their attorneys, respectfully request a three-week extension to file their Resistance to Defendants' Motions to Dismiss (Dkts. 4, 5). In support thereof, Plaintiffs state as follows:

1.     Plaintiffs' resistances to Defendants' Motions to Dismiss are due today, July 12, 2021.

2. Due to Plaintiffs' counsels' professional obligations, including deadlines in other cases, Plaintiffs request a three-week extension to August 2, 2021, to file their resistances in opposition of Defendants' motions to dismiss.

3. This is Plaintiffs' first request for an extension.

4. Counsel for the Tyson Defendants and the Individual Defendants represented that they take no position on Plaintiffs' request for an extension.

5. Plaintiffs respectfully submit that this request is done in good faith and without the intent to prejudice any of the parties.

WHEREFORE, Plaintiffs respectfully request that this Court grant a three-week extension to August 2, 2021 for Plaintiffs to file their resistance to Defendants' Motions to Dismiss.

RESPECTFULLY SUBMITTED,

**LEVITTA SIMMONS AND JEFFREY ORVIS**

By: /s/ Katie Roche

Jon Loevy (jon@loevy.com)
Gayle Horn (gayle@loevy.com)
Roshna Bala Keen (roshna@loevy.com)
Mark Loevy-Reyes (mark@loevy.com)
Katie Roche (katie@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(773) 558-5898 telephone
(312) 243-5902 fax


/s/ EA Araguas
Elizabeth Araguas, AT0011785
**NIDEY ERDAHL MEIER & ARAGUÁS, PLC**
425 2nd Street SE, Suite 1000

Cedar Rapids, IA 52401
(319) 369-0000 (telephone)
(319) 369-6972 (facsimile)
earaguas@eiowalaw.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system on all attorneys of record.

_/s/ Katie Roche_____
*Attorney for Plaintiffs*