IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Levita Simmons, Administrator of the Estate of Arthur Scott, and Jeffrey Orvis, Administrator of the Estate of James Orvis,<br><br>        Plaintiffs,<br><br>vs.<br><br>Tyson Foods, Inc., doing business as Tyson Pet Products, and Tyson Fresh Meats Group, a wholly owned subsidiary of Tyson Foods, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, Hamdija Beganovic, Ramiz Mujelic, and Unknown Plant Managers and Supervisors at Tyson Waterloo Plant and Unknown Plant Managers and Supervisors at Tyson Independence Plant,<br><br>        Defendants. | CASE NO. 6:21-cv-02036<br><br>**TYSON FRESH MEATS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.1 and Local Rule 81.c, Tyson Fresh Meats, Inc. provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case*:

Tyson Fresh Meats, Inc. is a wholly owned subsidiary of Tyson Foods, Inc.

*(b)* *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Tyson Foods, Inc. and Tyson Fresh Meats. Inc. are named Defendants in this action.

/s/ Kevin J. Driscoll
Kevin J. Driscoll     AT0002245
Andrew T. Patton     AT0011703
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
       apatton@finleylaw.com

Christopher S. Coleman
(*pro hac vice* forthcoming)
Jessica L. Everett-Garcia
(*pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602-648.7000
Email: CColeman@perkinscoie.com
       JEverettGarcia@perkinscoie.com

**ATTORNEYS FOR TYSON FOODS, INC., TYSON FRESH MEATS GROUP, JOHN H. TYSON, NOEL W. WHITE, DEAN BANKS, STEVEN R. STOUFFER, TOM BROWER, MARY A. OLEKSINK, ELIZABETH CROSTON, SCOTT WALSTON, DAVID SCOTT, AND RAMIZ MUJELIC**

# CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

>Elizabeth Araguas
>**NIDEY ERDAHL MEIER & ARAGUÁS, PLC**
>425 2nd Street SE, Suite 1000
>Cedar Rapids, Iowa 52401
>earaguas@eiowalaw.com
>
>Jon Loevy
>Gayle Horn
>Roshna Bala Keen
>Mark Loevy-Reyes
>Katie Roche
>**LOEVY & LOEVY**
>311 N. Aberdeen
>Chicago, Illinois 60607
>jon@loevy.com
>gayle@loevy.com
>roshna@loevy.com
>mark@loevy.com
>katie@loevy.com
>
>*Attorneys for the Plaintiffs*
>
>Nicholas Klinefeldt
>**FAEGRE DRINKER BIDDLE & REATH LLP**
>801 Grand Avenue, 33rd Floor
>Des Moines, Iowa 50309
>nick.klinefeldt@faegredrinker.com
>
>*Attorneys for Defendants Tom Hart, Cody Brustkern, John Casey, Bret Tapken, and Hamdija Beganovic*

                                              /s/ Kevin J. Driscoll