IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Levita Simmons, Administrator of the Estate of Arthur Scott, and Jeffrey Orvis, Administrator of the Estate of James Orvis,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Tyson Foods, Inc., doing business as Tyson Pet Products, and Tyson Fresh Meats Group, a wholly owned subsidiary of Tyson Foods, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Mary A. Oleksink, Elizabeth Croston, Scott Walston, David Scott, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, Hamdija Beganovic, Ramiz Mujelic, and Unknown Plant Managers and Supervisors at Tyson Waterloo Plant and Unknown Plant Managers and Supervisors at Tyson Independence Plant,<br><br>　　　　　　　　　　Defendants. | CASE NO. 6:21-cv-02036<br><br>**TYSON FOODS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Local Rule 7.1 and Local Rule 81.c, Tyson Foods, Inc. provides the following information to the Court:

*(a)　The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case:*

The following entities are subsidiaries of Defendant Tyson Foods, Inc.:

- Advance Food Company, LLC
- AdvancePierre Foods Holdings, Inc.
- Advance Pierre Foods, Inc.
- Aidells Sausage Company, Inc.
- Allied Specialty Foods, Inc.
- APF Legacy Subs, LLC
- Artisan Bread Co., LLC
- Australian Food Corporation Pty Limited
- Australian Food Corporation Trust
- Barber Foods, LLC
- Bryan Foods, Inc.
- C.V. Holdings, Inc.
- CBFA Management Corp.
- Central Industries, Inc.
- Chefs Pantry, LLC
- Clovervale Farms, LLC
- Cobb (Hubei) Breeding Co. Ltd.
- Cobb (Shanghai) Enterprise Management Consulting Co., Ltd.
- Cobb Ana Damizlik Tavukculuk Sanayi Ve Ticaret Limited Sirketi (Cobb Turkey)
- Cobb Columbia S.A.S.
- Cobb Europe B.V.
- Cobb Europe Limited
- Cobb Peru (Andina) S.A.C.
- Cobb-Heritage, LLC
- Cobb-Vantress Brasil, Ltda
- Cobb-Vantress New Zealand Limited
- Cobb-Vantress Philippines, Inc.
- Cobb-Vantress, Inc.
- Coominya AFC Pty Limited
- Coominya AFC Trust
- DFG Foods, Inc.
- DFG Foods, L.L.C.
- Egbert LLC
- Equity Meat Corp.
- Flavor Corp.
- Flavor Holdings, Inc.
- Foodbrands America, Inc.
- Foodbrands Supply Chain Services, Inc.
- Gallo Salame, Inc.
- Global Employment Services, Inc.

- Golden Quality Foods Industry (England) Limited
- Golden Quality Foods Industry (UK) Limited
- Haimen Tyson Poultry Development Co., Ltd
- Hudson Midwest Foods, Inc.
- Hybro Genetics Brasil Ltda
- IBP Caribbean, Inc.
- IBP Foodservice, L.L.C.
- International Affiliates & Investment LLC
- Invicta Foods Limited
- Jiangsu Tyson Foods Co., Ltd
- Keydutch Finance B.V.
- Keydutch Holdings I LLC
- Keydutch Holdings II LLC
- Keydutch Investments B.V.
- Keystone CLJV Holdings Limited
- Keystone County House Road, LLC
- Keystone Foods (AP) Limited
- Keystone Foods Holdco LLC
- Keystone Foods Intermediate LLC
- Keystone Foods LLC
- Keystone Foods Pty Limited
- Keystone Management, Inc.
- Keystone Trading (Shanghai) Company Limited
- LD Foods LLC
- M & M Express, LLC
- M&M Restaurant Supply (MI/OH), LLC
- Mac Food Services (Malaysia) SDN. BHD.
- Madison Foods, Inc.
- McKey Food Services (Hong Kong) Limited
- McKey Food Services (Shandong) Limited
- McKey Food Services (Thailand) Limited
- McKey Food Services Limited
- McKey Luxembourg Holdings APMEA S.a.r.l
- McKey Luxembourg Holdings S.a.r.l.
- McKey Luxembourg S.a.r.l.
- McKey VI Holdings Limited
- MFG (USA) Holdings, Inc.
- Myung Seung Food Company Ltd.
- National Comp Care, Inc.
- New Canada Holdings, Inc.
- Oaklawn Capital Corporation
- Oaklawn IT Solution Private Limited
- Original Philly Holdings, Inc.
- PBX, inc.

- Pierre Holdco. Inc.
- River Valley Ingredients, LLC
- Rizhao Tyson Foods Co., Ltd
- Rizhao Tyson Poultry Co., Ltd
- Rural Energy Systems, Inc.
- Sara Lee - Kiwi Holdings, LLC
- Sara Lee Diversified, LLC
- Sara Lee Foods, LLC
- Sara Lee Household & Body Care Malawi Ltd.
- Sara Lee International LLC
- Sara Lee International TM Holdings LLC
- Sara Lee Mexicana Holdings Investment, L.L.C.
- Sara Lee TM Holdings LLC
- Sara Lee Trademark Holdings Australasia LLC
- Saramar, L.L.C.
- Shandong Keystone Chinwhiz Foods Co. Ltd.
- Shandong Tyson-Da Long Food Company Limited
- Southern Family Foods, L.L.C.
- Southwest Products, LLC
- TACL Assurance, LLC
- Tecumseh Poultry LLC
- Texas Transfer, Inc.
- TF 20 B.V.
- TFA Leasing, LLC
- TFA Opportunity Zone Fund, LLC
- TFI of California, Inc.
- TFI2021 B.V.
- The Bruss Company
- The Hillshire Brands Company
- The IBP Foods Co.
- The Pork Group, Inc.
- TyNet Corporation
- Tyson (Hubei) Food Technology Development Co., Ltd.
- Tyson (Shanghai) Enterprise Management Consulting Co. Ltd.
- Tyson Americas Holding Sárl
- Tyson Asia Pacific Pte. Ltd.
- Tyson Breeders, Inc.
- Tyson Case Ready, LLC
- Tyson Chicken, Inc.
- Tyson China Holding 2 Limited
- Tyson China Holding 3 Limited
- Tyson China Holding Limited
- Tyson Deli, Inc.
- Tyson Europe Holding Company

- Tyson Farms QOZB, LLC
- Tyson Farms, Inc.
- Tyson Feed (Thailand) Limited
- Tyson Foods Brasil Investimentos Ltda.
- Tyson Foods Canada Inc. (Les Aliments Tyson Canada Inc.)
- Tyson Foods Europe (Netherlands) B.V.
- Tyson Foods Europe B.V.
- Tyson Foods France S.A.R.L.
- Tyson Foods Germany GmbH
- Tyson Foods Group Limited
- Tyson Foods Holland B.V.
- Tyson Foods Huadong Development Co., Ltd (Tyson Foods East China Development Co., Ltd
- Tyson Foods Iberia Alimentos, S.L.U.
- Tyson Foods Italia S.p.A
- Tyson Foods Korea Ltd.
- Tyson Foods Netherlands B.V.
- Tyson Foods oosterwolde B.V.
- Tyson Foods Product Solutions Ltd.
- Tyson Foods Products Limited
- Tyson Foods Restaurant Solutions Ltd
- Tyson Foods Scotland Europe Limited
- Tyson Foods Scotland Sales (Europe) Limited
- Tyson Foods UK Holding Ltd
- Tyson Foods UK Ltd
- Tyson Foods Wrexham Limited
- Tyson Fresh Meats Sales and Distribution, LLC
- Tyson Fresh Meats, Inc.
- Tyson Global Holding Sárl
- Tyson Golden Foods Poultry (Thailand) Limited
- Tyson Golden Poultry Siam (Thailand) Limited
- Tyson Hog Markets, Inc.
- Tyson India Holdings Ltd.
- Tyson International APAC Ltd.
- Tyson International Company, Ltd.
- Tyson International Holding Company
- Tyson International Holding Sárl
- Tyson International Service Center, Inc.
- Tyson International Service Center, Inc. Asia
- Tyson International Service Center, Inc. Europe
- Tyson Mexican Original, Inc.
- Tyson Mexico Trading Company S. de R.L. de CV.
- Tyson New Ventures, LLC
- Tyson of Wisconsin, LLC

- Tyson Opportunity Zone Fund, LLC
- Tyson Poultry (Thailand) Limited
- Tyson Poultry, Inc.
- Tyson Prepared Foods, Inc.
- Tyson Processing Services, Inc.
- Tyson Refrigerated Processed Meats, Inc.
- Tyson Sales and Distribution, Inc.
- Tyson Service Center Corp.
- Tyson Shared Services, Inc.
- Tyson Storm Lake Holdings, LLC
- Tyson Warehousing Services, LLC
- Uninex SA
- Universal Meats (UK) Limited
- WBA Analytical Laboratories, Inc.
- Wilton Foods, Inc.
- Xamol Consultores e Servicos, Unipessoal Lta.
- Zemco Industries, Inc.

None of these entities has a direct or indirect pecuniary interest in the outcome of this case, except for Tyson Fresh Meats, Inc.

*(b)* *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

The above entities are subsidiaries of Tyson Foods, Inc. and have no connection to or interest in this litigation, with the exception of Tyson Fresh Meats, Inc., a named Defendant in this action.

    /s/ Kevin J. Driscoll
Kevin J. Driscoll    AT0002245
Andrew T. Patton    AT0011703
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
      apatton@finleylaw.com

Christopher S. Coleman
(*pro hac vice* forthcoming)
Jessica L. Everett-Garcia
(*pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602-648.7000
Email: CColeman@perkinscoie.com
JEverettGarcia@perkinscoie.com

**ATTORNEYS FOR TYSON FOODS, INC., TYSON FRESH MEATS GROUP, JOHN H. TYSON, NOEL W. WHITE, DEAN BANKS, STEVEN R. STOUFFER, TOM BROWER, MARY A. OLEKSINK, ELIZABETH CROSTON, SCOTT WALSTON, DAVID SCOTT, AND RAMIZ MUJELIC**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

Elizabeth Araguas
**NIDEY ERDAHL MEIER & ARAGUÁS, PLC**
425 2nd Street SE, Suite 1000
Cedar Rapids, Iowa 52401
earaguas@eiowalaw.com

Jon Loevy
Gayle Horn
Roshna Bala Keen
Mark Loevy-Reyes
Katie Roche
**LOEVY & LOEVY**
311 N. Aberdeen
Chicago, Illinois 60607
jon@loevy.com
gayle@loevy.com
roshna@loevy.com
mark@loevy.com
katie@loevy.com

*Attorneys for the Plaintiffs*

Nicholas Klinefeldt
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
nick.klinefeldt@faegredrinker.com

*Attorneys for Defendants Tom Hart, Cody Brustkern, John Casey, Bret Tapken, and Hamdija Beganovic*

/s/ Kevin J. Driscoll