IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| | |
|---|---|
| Levita Simmons, et al.<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Tyson Foods, Inc., et al.<br><br>　　　　Defendant(s). | CASE NO. 6:21-cv-02036-LRR-KEM<br><br>MOTION TO WITHDRAW |

### MOTION TO WITHDRAW

NOW COMES Plaintiffs, by and through their attorneys, LOEVY & LOEVY, and hereby seek leave of the Court to withdraw attorney Katherine Roche as counsel for Plaintiffs. In support, Plaintiffs state as follows:

1. Ms. Roche has concluded her employment at Loevy & Loevy, the firm representing Plaintiffs.

2. Plaintiffs will continue to be represented by Roshna Bala Keen, Gayle Horn, and Mark Loevy Reyes of Loevy & Loevy.

3. No party will be prejudiced if Ms. Roche is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiffs respectfully requests the Court enter an order permitting her to withdraw her appearance as counsel in this matter.

Dated: December 21, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark Loevy-Reyes
　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Gayle Horn
Roshna Bala Keen
Mark Loevy-Reyes
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900
mark@loevy.com

## CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on December 21, 2021, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*